IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 18-1053 |
| CHERYL MCMAHON | : |
| Defendant | : |

TO:   CLERK, U.S. DISTRICT COURT
      District of Delaware

Please enter default and judgment by default, pursuant to Rule 55(1) of the Federal Rules of Civil Procedure, for failure to plead, or otherwise defend, in accordance with the attached declaration.

DAVID C. WEISS
United States Attorney

BY:   /s/Jennifer K. Welsh
      Jennifer K. Welsh
      Assistant United States Attorney
      The Hercules Building
      1313 N. Market Street, Suite 400
      P.O. Box 2046
      Wilmington, DE 19899-2046
      (302) 573-6277

October 11, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 18-1053 |
| | : |
| CHERYL MCMAHON | : |
| | : |
| Defendant | : |

**DECLARATION IN SUPPORT OF**
**DIRECTION FOR ENTRY OF DEFAULT**

Reneé A. Austin, Paralegal Specialist in the Office of the United States Attorney for the District of Delaware, under penalty of perjury, declares that the following is true and correct:

1. Service of the Complaint was made upon the defendant on August 29, 2018, as shown on the Return of Service filed with the Court.

2. Said defendant, CHERYL MCMAHON, failed to appear or plead as required under Rule 12(a)(1)(A) within twenty (20) days from the date of personal service.

3. Verification was made that defendant, CHERYL MCMAHON, is not in the Military Service of the United States of America.

4. There is now due and owing by the defendant to the plaintiff the sum of $69,168.27 ($30,456.75 principal and $38,711.52 interest at the rate of 8.25%) as of October 11, 2018.

5. After judgment is entered, the interest will be assessed at the legal rate of 2.62%.

Reneé A. Austin
Paralegal Specialist

October 11, 2018

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| Plaintiff | : |
| v. | : CIVIL ACTION NO. 18-1053 |
| | : |
| CHERYL MCMAHON | : |
| | : |
| Defendant | : |

## DEFAULT AND DEFAULT JUDGMENT

AND NOW, TO WIT, THIS _____ DAY OF _____, 2018 it appearing from the Declaration of Reneé A. Austin that the above named defendant has not answered or otherwise moved with respect to the Complaint, and the plaintiff having requested the entry of a default and a default judgment, it is:

ORDERED, in accordance with Rule 55(a), Fed.R.Civ.P. that a default is hereby entered against the defendant, CHERYL MCMAHON.

It is FURTHER ORDERED, in accordance with Rule 55(b)(l),Fed.R.Civ.P. that Judgment be entered in favor of the Plaintiff and against the defendant in the amount of $69,168.27, plus pre-judgment costs, plus interest from the date of Judgment calculated at the legal rate computed daily and compounded annually until paid in full, and allowable costs to be awarded by the Clerk pursuant to Local Rule 54.1.

_____
Deputy Clerk, U.S. District Court